# **EXHIBIT A**

# EXAM RESULTS AND OTHER OUTCOMES

## NAPLEX Results

Your exam results will be reported as either Pass or Fail – you will not receive a scaled score.

By applying to take the NAPLEX, you authorize NABP to release your exam results to your designated board of pharmacy. NABP will forward your exam results to the board from which you are seeking licensure, as well as to any jurisdiction that you have requested to receive your results by NAPLEX score transfer, unless NABP has withheld or invalidated your exam results, as described in this *Bulletin*.

Only the individual boards of pharmacy have the authority to issue a license to practice pharmacy. NABP posting a passing exam result does not constitute a license to practice pharmacy. Boards will not accept examination results posted online via your NABP e-Profile for purposes of score transfer or obtaining licensure. Online exam reports are for candidate use only.

The NAPLEX is the means by which boards of pharmacy assess the competence of candidates for licensure. Any other use of individual NAPLEX results is inappropriate and not condoned by NABP.

If you do not complete the examination, all unanswered questions on the NAPLEX will be scored as incorrect. It is in your best interest to complete the examination to achieve an optimum result.

The NAPLEX passing standard has been established by a panel of pharmacy experts, and the ability level that defines the passing standard is the same for all NAPLEX administrations.

You may receive exam results or an official exam report for the NAPLEX directly from your board of pharmacy, depending on your primary jurisdiction that issues your license.

Official exam reports for candidates who receive a failing exam result on the NAPLEX will include a section that indicates their relative performance in each of the 6 major competency areas.

Because of the secure nature of the NAPLEX, no review of the test questions is allowed.

Specific questions about NAPLEX results evaluation should be emailed to CompAssess@nabp.pharmacy.

## Sample Candidate Performance Report for Failed Exam



## MPJE Results

Your exam results will be reported as either Pass or Fail – you will not receive a scaled score.

By applying to take the MPJE, you authorize NABP to release your exam results to your designated board of pharmacy. NABP will forward your exam results to the board from which you are seeking licensure, unless NABP has withheld or

invalidated your results, as described in this *Bulletin*.

Only the individual boards of pharmacy have the authority to issue a license to practice pharmacy. NABP posting a passing exam result does not constitute a license to practice pharmacy. Boards will not accept examination results posted online via your NABP e-Profile for purposes of score transfer or obtaining licensure. Online exam reports are for candidate use only.

The MPJE is the means by which boards of pharmacy assess pharmacist licensure candidates' knowledge of pharmacy jurisprudence. Any other use of individual MPJE results is inappropriate and not condoned by NABP.

To receive an MPJE result, you must have completed at least 107 questions on the examination.

Candidates completing fewer than 107 questions will not have their exam result reported. Candidates who complete at least 107 questions, but fewer than 120 questions, will have a penalty applied and their exam result adjusted to reflect the number of questions that remained unanswered, which may have an effect on exam results. It is in your best interest to answer all questions presented.

Because of the secure nature of the MPJE, no review of the test questions is allowed.

The MPJE passing standard has been established by a panel of pharmacy experts, and the ability level that defines the passing standard is the same for all MPJE administrations.

You may receive exam results or an official exam report for the MPJE directly from the boards of pharmacy, depending on the jurisdiction that issues your license.

Specific questions about MPJE results evaluation should be emailed to [CompAssess@nabp.pharmacy.](mailto:CompAssess@nabp.pharmacy)

## When will I get my exam results?

If the jurisdiction for which you are testing participates in NABP's online exam results interface, you will be able to access your exam results in approximately 7

business days. To view your exam results, log in to your e-Profile and click on the Exam Results tab in the Exam Services section.

NAPLEX results are usually only displayed under your registered primary jurisdiction. Thus, candidates whose primary jurisdictions do not participate in online performance reports will not be able to view results in their e-Profile, even if the result is reported to another jurisdiction that does participate.

A list of jurisdictions that do not participate in the online exam results reporting is available on both the NAPLEX and the MPJE sections of NABP's website. If you have questions about obtaining exam results from a jurisdiction that does not use online exam result reporting, contact the relevant board(s) of pharmacy.

## Rescore Process

A highly rigorous process is used to ensure the accuracy of examination results, including a parallel scoring method involving independent scoring systems. Therefore, it is extremely unlikely that your exam results will be changed as a result of the rescore process.

However, you may request a review of your exam results by purchasing a rescore. Rescores of either exam may be purchased after the results are released to the board(s) of pharmacy and within 60 days of the exam date. Log in to your e-Profile to submit the request by selecting the Purchase Rescore option under the Application History tab.

There is a $200 rescore fee for each exam.

You will be unable to cancel the request once you purchase the rescore. There are no refunds for rescore requests.

Upon verification that the exam was delivered as intended, and that no technical anomaly occurred during the test session, the candidate's score is recomputed via an independent scoring tool. **The rescore process does not include the review of item content.**

You will be advised in writing whether the original result was deemed accurate. The information will be sent to you via email within 4 weeks.

# Exam Results Hold/Psychometric Review Process

On occasion, exam results are placed on hold for further evaluation. Exam results may be subject to a hold as part of NABP's routine quality control and assurances processes. Exams are evaluated to ensure compliance with delivery and scoring models.

Exam results may also be held due to an incident at the testing center or an observed difference in a candidate's performance on 2 or more examination attempts, or if a candidate's exam result is unusually low. In the event of an exam result hold related to candidate misconduct, NABP will notify the respective board of pharmacy and the candidate within 7 business days. Should you receive notification of an exam hold, there will be explicit instructions regarding the action that you need to take in order to respond to NABP's inquiries. All inquiries regarding exam result holds should be addressed to [CompAssess@nabp.pharmacy](CompAssess@nabp.pharmacy).

# Exam Results Withholding or Invalidation

NABP reserves the right to determine, in its sole discretion and at any time, whether to withhold the reporting of an examination result, or invalidate one or more examination results of an individual or a group of individuals. The withholding or invalidating of one or more examination results of an individual, or a group of individuals, may occur prior to, during, or after examination administration.

NABP may invalidate an exam result or withhold the reporting of an exam result for any reason including, without limitation, the following:

- Unusual testing circumstances
- Misconduct by one or more individuals as described in this *Bulletin*
- Testing irregularities
- Noncompliance with policies by one or more candidates
- Observed irregular behavior of one or more candidates
- Discrepancy or falsification of an examination candidate's identification
- Impersonating an examination candidate or allowing an unauthorized person to take an examination
- Unusual answer patterns
- Unusual or large exam result variances among a candidate's examinations

Case: 1:22-cv-06497 Document #: 1-3 Filed: 11/19/22 Page 7 of 7 PageID #:34

- Unusual or large exam result variances among a candidate's examinations
- Unusually low exam result

- Psychometric review of an examination
- Leaving a testing center facility
- Accessing Exam Content prior to taking the exam
- Stealing Exam Content
- Communicating with other test takers during an examination appointment session

NABP's right to determine whether to withhold or invalidate an examination result is not in any way waived or modified because NABP processed an examination application form, authorized a candidate to sit for an examination, scored an examination, or reported an exam result.