# **EXHIBIT B**

Case: 1:22-cv-06497 Document #: 1-3 Filed: 11/19/22 Page 2 of 5 PageID #:36



☰ Main Menu

# NAPLEX

All NAPLEX tests taken July 30, 2022 up to and including October 26, 2022 have been rescored and reverified after an apparent third-party software error was identified. All candidates who received incorrect examination results have been notified via email, and their exam results have been updated in their e-Profile. The boards of pharmacy, colleges of pharmacy, and relevant stakeholders such as ASHP, ACPE, and AACP have also been informed. The MPJE was not affected.

The North American Pharmacist Licensure Examination® (NAPLEX®) is designed to evaluate general practice knowledge and is taken by recent college of pharmacy graduates shortly after they receive their degree. The exam is also taken by foreign-educated pharmacists who have earned FPGEC Certification. **The NAPLEX is just one component of the licensure process and is used by the boards of pharmacy to assess a candidate's competence to practice as a pharmacist.**

Steps to Apply

Take the Exam

Exam Results

Practice Exam

**Explore the New Candidate Application Bulletin**

The *Bulletin* provides guidance and requirements for every step of the examination process.

## Steps to Apply for the NAPLEX

You must complete the process outlined below when applying for the NAPLEX. A thorough breakdown of the application steps, including answers to common questions, can also be found in the *Bulletin*.

1. **Read the** *Candidate Application Bulletin* **and learn** state licensure requirements
    - Fully understand the process and expectations for examination candidates and check your board of pharmacy's website to see if there are unique requirements in the state where you are seeking licensure.
    - Sign up to receive more information on how to apply and prepare for the NAPLEX.

2. **If applicable, request an** armed forces discount



Click to review the application steps.

Case: 1:22-cv-06497 Document #: 1-3 Filed: 11/19/22 Page 3 of 5 PageID #:37

- Apply for the armed forces discount in your NABP e-Profile first, before applying for exam eligibility. The option is available in the right drop-down menu.

3. **Apply for exam eligibility**
   - Apply in the Exam Services section of your NABP e-Profile and pay the application fee.
   - See the information below regarding eligibility. Timelines and fees may vary depending on the state.
   - **If applicable, request ADA accommodations.**
     - If you need test day accommodations under the Americans with Disabilities Act (ADA), complete and follow the submission instructions on the Request for Testing Accommodations form. The form should be submitted with your online application.

4. **Submit transcript upon degree conferral**
   - Transcripts are required if you graduated in 2020 or later. You must have an official transcript sent from your college of pharmacy to NABP in order to purchase the exam and receive an Authorization to Test (ATT). Learn more about how to submit your transcripts.

5. **Purchase your exam**
   - Once eligibility is granted, the purchase exam link will appear in your e-Profile. You may also purchase score transfers at this time, or you may wait until after you have taken the exam. You may purchase score transfers up to 89 days after your exam date. Candidates are advised to purchase score transfer requests as soon as possible. Waiting until the last day may result in the score transfer request option being unavailable.

6. **Schedule the exam with Pearson VUE**
   - After purchasing the exam, you will receive an ATT via email and you can then schedule your appointment with Pearson VUE.

Log in to Your NABP e-Profile and Apply

# Eligibility to Test

We confirm eligibility to test for Arizona, Colorado, Kentucky, Maine, Michigan, Nebraska, North Carolina, Oregon, Rhode Island, and Utah. There is an additional $85 fee for these states during the application process, and candidates may be approved to purchase the exam after meeting all application requirements.

States not listed above have their own processes for confirming eligibility. The processing time varies per board. Check the board's website for timelines.

**Updates on your eligibility status will be noted in the Exam Services section of your NABP e-Profile.**

# Score Transfer

The score transfer program saves time and allows you to move ahead with licensure in more than one state as soon as you pass the NAPLEX.

Score transfer can be added to your NAPLEX application in your e-Profile. You may select states in addition to the primary state where you are seeking licensure, and we will transmit your score to those boards of pharmacy.

**Tips:**

- Score transfer requests can be submitted via your NABP e-Profile up to 89 days after sitting for the NAPLEX.
- The cost is $75 per state.

Case: 1:22-cv-06497 Document #: 1-3 Filed: 11/19/22 Page 4 of 5 PageID #:38

- Purchase score transfer requests as soon as possible; waiting until the last day may result in the score transfer request option being unavailable.

# Take the NAPLEX

The NAPLEX is a six-hour exam composed of 225 questions that are delivered in a computerized, fixed form. The exam results will be reported as pass or fail, and candidates are allowed five attempts to pass the exam.

View Test Day Information

The following resources may assist you when preparing for the NAPLEX:

- Review the NAPLEX Competency Statements to gain an understanding of the topic areas covered in the exam.
- Download the sample items to understand the formatting of exam questions.
- Take the Pre-NAPLEX®, the official practice exam.
- Sign up to receive tips and information about preparing for the NAPLEX.

**Read the test day policies and procedures found in the *Bulletin* to avoid being turned away from the test center.**



NABP's Tips for Examination Preparation
NABP

02:09

# Exam Results

If the primary jurisdiction for which you are testing participates in NABP's online exam result interface, you will receive Pass or Fail exam results approximately seven business days after you have taken the exam. **Pass or Fail exam results are posted in your NABP e-Profile** for the majority of states. For a Fail result only, we provide a performance report that gives additional details across the competency areas. Candidates who are seeking license in the following states are required to receive their exam results directly from these jurisdictions:

- California
- Guam
- Illinois
- Minnesota
- Montana
- Puerto Rico
- The Virgin Islands
- Wisconsin

At this time, NABP will also release exam results to the board of pharmacy designated on your NAPLEX application. Any jurisdictions that you selected for score transfer will also receive the exam results.

 View the NAPLEX sample candidate performance report to find a breakdown of the information included in your exam results.

Case: 1:22-cv-06497 Document #: 1-3 Filed: 11/19/22 Page 5 of 5 PageID #:39

## Access Your Results in Your NABP e-Profile

NOTE: The posting of a passing result on an examination does not constitute a license to practice pharmacy. Only the boards of pharmacy have the authority to issue a license.

Yearly passing rates for each of the United States colleges of pharmacy can be found in the Resources section.

## Sign up for application tips & reminders!

Sign up to receive helpful information about applying and preparing for the NAPLEX. You will learn more about the following:

– Creating an NABP e-Profile
– Applying for eligibility
– Registering for the exam
– Test day tips
– What to expect after the exam

EMAIL ADDRESS *

[ ] I'm not a robot    reCAPTCHA
                       Privacy - Terms

Submit



1600 Feehanville Dr Mount Prospect, IL 60056

Copyright © 2020 National Association of Boards of Pharmacy® (NABP®).

| Help | Twitter |
| Contact | LinkedIn |
| Careers | Facebook |
| Email Signup | YouTube |
| Consumer Resources | |

Terms of Use    Privacy Policies