# **EXHIBIT C**



847/391-4406
Fax: 847/375-1114

1600 Feehanville Dr
Mount Prospect, IL 60056
help@nabp.pharmacy

TO: DEANS – SCHOOLS AND COLLEGES OF PHARMACY

FROM: Maureen Garrity, Competency Assessment Director

DATE: September 21, 2021

RE: NAPLEX Scoring

I want to make you aware that the National Association of Boards of Pharmacy® (NABP®) has conducted a review of scores by candidates who recently took the North American Pharmacist Licensure Examination® (NAPLEX®). NABP found that approximately 430 candidates who took the NAPLEX between August 31, 2021, and September 8, 2021, received incorrect results. Approximately 410 candidates were originally informed that they had failed the NAPLEX when they had, in fact, passed and about 20 candidates were originally notified that they had passed the NAPLEX when they had, in fact, failed.

We are taking this situation very seriously. Through our internal review process, we have determined that a recent system update affected our scoring process and caused some exams to be wrongly scored. We believe we have corrected this and have correctly re-scored the affected tests. To prevent this sort of situation from reoccurring, we have put into place additional system enhancements and scoring verification measures.

This situation affected candidates in 46 jurisdictions; no candidates from Delaware, the District of Columbia, Guam, Hawaii, Montana, Vermont, and Virgin Islands were affected.

Last Friday, we notified all affected candidates of their accurate exam results and offered each one our apologies. We are currently assisting candidates who need to retake the NAPLEX and will continue to address questions from all candidates who reach out to us for information. We've also let the impacted pharmacy boards know of this situation.

For candidates who now have to retake the NAPLEX as a result of this situation, we are:

- Waiving the 45-day waiting period to retake the NAPLEX;
- Waiving all application and test fees for a one-time retake of the NAPLEX;
- Ensuring candidates' previous NAPLEX attempt will not count toward their total attempts; and
- Coordinating with Pearson VUE to identify test site availability to accommodate the retake of the NAPLEX as soon as possible.

I have appended to this memo some questions and answers regarding this matter; please let me know if you have additional questions or need further information.

Thank you for your attention to this matter and for everything you do to support and educate our future pharmacists. We very much appreciate your support of NABP as it continues to strive to uphold the integrity of the NAPLEX and the profession.

cc: Janet Engle, Accreditation Council for Pharmacy Education
Lucinda Maine, American Association of Colleges of Pharmacy

DEANS – SCHOOLS AND COLLEGES OF PHARMACY
September 21, 2021
Page 2

**Q.** **Where can students get additional information/assistance.**
A. Should you encounter candidates with questions on this topic, please ask them to contact us via phone at 847/391-4406 or via email at help@nabp.pharmacy.

**Q.** **If a student has received an email notification that their NAPLEX was rescored and that they have, in fact, failed the NAPLEX do they have to wait for 45 days before being able to take it again?**
A. No. We are waiving the 45-day waiting period to re-take the NAPLEX for those who received the email notification that their NAPLEX was rescored.

**Q.** **What should a student do if they received an email notification that their NAPLEX was rescored and they have in fact failed the exam?**
A: We have set up a process to make re-taking the exam as easy as possible. The steps are:
- Reapply for the NAPLEX by logging into their NABP e-Profile account to reapply/submit their eligibility application for and to select their primary jurisdiction. They will not be charged for this application.
- After completing their registration, they are asked to let us know that they have completed this step by e-mailing us at compassess@nabp.pharmacy.
- After we receive their email, NABP will enter their exam eligibility dates and will confirm that action in an e-mail response to the student.
- After receiving notification that their eligibility dates have been entered, they should log in to their e-Profile and purchase their exam. When they check out, there should be no charge for the exam as we will have already applied a payment code to the purchase.
- Once they purchase the exam, an ATT will be generated and to them via email.
- They can then log in to Pearson VUE to schedule their exam using the ATT.

**Q.** **Will the previous exam count toward the student's total number of exam attempts?**
A. No. Their previous NAPLEX attempt will not count toward their total attempts.

**Q.** **How can students be sure that they will get to retake the exam quickly?**
A. We are working with Pearson VUE to identify test site availability to accommodate the re-take of the NAPLEX as soon as possible. Students should contact us at compassess@nabp.pharmacy if they are having trouble scheduling.

**Q.** **Why did students' score reports change?**
A. A recent system update affected our scoring process. Students received a revised score report as a result of the system update.

**Q.** **What if a student has already paid for a rescore or an application to retake the NAPLEX?**
A. The student should email compassess@nabp.pharmacy with their name, e-Profile ID, and the details of their purchase. We will verify the purchase and refund the students' money as quickly as possible.

**Q.** **Does this affect students' MPJE score?**
A. No. The MPJE was not affected.

**Q.** **I failed the MPJE; I want the MPJE to be re-scored.**
A. If you would like to have your score re-evaluated, you can order a rescore for any NAPLEX or MPJE via your e-Profile.

DEANS – SCHOOLS AND COLLEGES OF PHARMACY
September 21, 2021
Page 3

**Q: Did this occur because of NABP's decision to go to a pass/fail grading model?**
A: No, there is no connection to that decision, which was implemented in January 2021; the current situation was introduced in a system update and reversed as soon as it was identified.