# **EXHIBIT D**



**NABP**
National Association of
Boards of Pharmacy

847/391-4406
Fax: 847/375-1114

1600 Feehanville Dr
Mount Prospect, IL 60056
help@nabp.pharmacy

November 8, 2022

Name: Emily Glaspie
NABP E-Profile ID: 729553

Dear Emily Glaspie:

I am writing to let you know that the National Association of Boards of Pharmacy (NABP) recently reviewe[d]
all North American Pharmacist Licensure Examination (NAPLEX) tests taken between July 30, 2022 and
October 26, 2022. **As a result of that review, we determined that your NAPLEX score was incorrect[ly]**
**calculated and a passing score has been issued.**

We have identified a third-party software error that appears to have resulted in inaccurate examination
results for approximately 220 candidates who tested during this period. This issue did not affect NAPLEX
exams prior to July 30th or after October 26th. We have taken necessary steps to correct the error and are
working with the software vendor to fully understand the cause of the error and prevent its recurrence.

On behalf of all of us at NABP, I apologize profoundly for this error.

Your corrected NAPLEX score has been updated in your eProfile dashboard and your pharmacy board h[as]
been notified of this change. We will promptly refund all of your NAPLEX-related testing fees - including
rescoring and score transfer fees – for each NAPLEX exam that you took between July 30, 2022 to, and
including, October 26, 2022. If you have scheduled a NAPLEX retest but not yet taken it, that test has be[en]
cancelled and all fees related to that test will be refunded as well.

Please note that the Multistate Pharmacy Jurisprudence Examination (MPJE) was not affected.

For more information and assistance, please contact the NABP Competency Assessment team,
compassess@nabp.pharmacy.

Again, I deeply apologize for this error.

Sincerely,

Lemrey "Al" Carter, PharmD, MS, RPh