IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY GLASPIE, on behalf of herself and all others similarly situated, | Case No.: 1:22-cv-06497 |
| | Honorable Virginia M. Kendall |
| Plaintiff, | |
| v. | |
| NATIONAL ASSOCIATION OF BOARDS OF PHARMACY, | |
| Defendant. | |

## UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF

Plaintiff Emily Glaspie ("Plaintiff"), on behalf of herself and all others similarly situated, by and through the undersigned counsel of record, and, pursuant to Northern District of Illinois Local Rule 7.1, hereby respectfully requests leave to exceed the fifteen-page limitation for Plaintiff's forthcoming Motion for Preliminary Approval of Settlement Agreement and Incorporated Memorandum of Law. In support thereof, Plaintiff states as follows:

1. On November 19, 2022, Plaintiff filed its Class Action Complaint against Defendant National Association of Boards of Pharmacy ("Defendant"). (D.E. 1.)

2. Thereafter, on February 28, 2023, the Parties completed a full-day mediation with mediator, Harry Schafer. As a result of that mediation, the Parties signed a binding term sheet that outlined the resolution of this matter, which was later amended to re-classify certain members of the class to higher levels of compensation.

3. The Parties finalized a formal Settlement Agreement, which was fully executed on July 13, 2023. The Settlement Agreement is 26 pages long.

1

4. Since execution of the Settlement Agreement, the Parties have agreed to the forms of notice for the proposed notice plan.

5. Since the forms of the notice have been agreed to, Plaintiff has been working on preparing a Motion for Preliminary Approval of Settlement Agreement and Incorporated Memorandum of Law for the Court's consideration.

6. Northern District of Illinois Local Rule 7.1 limits briefs in support of motions to fifteen pages.

7. Due to the complexity of the issues in this case, Plaintiff requires 20 additional pages—for a total of 35 pages—to properly brief its Motion for Preliminary Approval of Settlement Agreement and Incorporated Memorandum of Law.

8. Not only does Plaintiff need to address that the Settlement Agreement is fair, reasonable, and accurate, but also that the class should be conditionally certified for purposes of the settlement agreement, that the notice program proposed satisfies due process, that Plaintiff is an adequate class representative, and that counsel is adequate for appointment as class counsel—which is nearly impossible in fifteen pages.

9. Accordingly, good cause exists to grant Plaintiff leave to exceed the page limitations of the Local Rules.

10. Defendant does not oppose the relief requested herein.

WHEREFORE, the Plaintiff respectfully requests this Honorable Court enter an Order permitting Plaintiff to file a Motion for Preliminary Approval of Settlement Agreement and Incorporated Memorandum of Law that is 35 pages in length and granting any further relief deemed just and proper.

**Certification of Conferral**

I hereby certify that I conferred regarding the relief requested herein with counsel for the National Association of Boards of Pharmacy. Counsel certified no opposition to the relief requested herein.

Dated: October 3, 2023

Respectfully submitted,

**ZEBERSKY PAYNE SHAW LEWENZ, LLP**
110 S.E. 6th Street, Suite 2900
Ft. Lauderdale, Florida 33301
Tel: (954) 989-6333
Facsimile: (954) 989-7781
jshaw@zpllp.com;
zludens@zpllp.com;
lpalen@zpllp.com

By */s/ Zachary D. Ludens*
   JORDAN A. SHAW (FBN 111771)
   ZACHARY D. LUDENS (FBN 111620)
   LAUREN N. PALEN (FBN 1038877)

**SORLING NORTHRUP**
1 North Old State Capitol Plaza, Suite 200
P.O. Box 5131
Springfield, IL 62705
Tel: (217) 544-1144
Facsimile: (217) 522-3173
darolf@sorlinglaw.com

By */s/ David A. Rolf*
   DAVID A. ROLF, ESQ. (IBN 6196030)

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2023, the foregoing was filed with the Court via the Court's CM/ECF system, which generated notices of electronic filing on all counsel of record.

                                          */s/ Zachary D. Ludens*
                                          Zachary D. Ludens