## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Emily Glaspie

                          Plaintiff,

v.                                                       Case No.: 1:22–cv–06497
                                                                   Honorable Virginia M. Kendall

National Association of Boards of Pharmacy

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 14, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Final Fairness and Motion hearing held on 2/14/2024 via Webex. Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement [46] is granted. Plaintiff's Motion for Attorneys' Fees [43] is granted. Parties shall provide proposed Orders for the Court to review. Plaintiff's Motion for Determination on Attempted Objection of Dr. Hennessy Wilkerson [45] has been resolved and Motion is withdrawn. Defendant's Motion Determination on Attempted Opt Out by Dr. Kathryn Ann Harison [47] is denied for the reasons as stated in open Court. Motion to extend opt−out deadline by Sherry T. Barnes for Dr. Kathryn Ann Harison [61] is denied. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.